No. 02–258. JINKS *v.* RICHLAND COUNTY, SOUTH CAROLINA, ET AL. Sup. Ct. S. C. [Certiorari granted, *ante,* p. 972.] Motion of the Solicitor General for divided argument granted.

No. 02–361. UNITED STATES ET AL. *v.* AMERICAN LIBRARY ASSN., INC., ET AL. D. C. E. D. Pa. [Probable jurisdiction noted, *ante,* p. 1017.] Motion of appellees for divided argument denied.

No. 02–8068. HUNT *v.* UNITED STATES. C. A. 7th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until February 18, 2003, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

No. 02–8252. IN RE FALCON; and
No. 02–8301. IN RE GUNNELL. Petitions for writs of habeas corpus denied.

No. 02–804. IN RE NEARHOOD. Petition for writ of mandamus and/or prohibition denied.

No. 02–6683. CASTRO *v.* UNITED STATES. C. A. 11th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted. In addition to the question presented by the petition, the parties are directed to brief and argue the following question: "Does this Court have jurisdiction to review the Eleventh Circuit's decision affirming the dismissal of a § 2255 petition for writ of habeas corpus as second or successive?" 

No. 01–1710. EMPIRE BLUE CROSS AND BLUE SHIELD *v.* BYRNES ET AL.; and EMPIRE BLUE CROSS AND BLUE SHIELD *v.* ALICEA ET AL. C. A. 2d Cir. Certiorari denied. Reported below: 274 F. 3d 76 (first judgment) and 90 (second judgment).

No. 01–10592. HENRY *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 02–136. PIN YEN YANG ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.